IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                                CASE NO: 08-30059
                                                                              CHAPTER 7

   SHERMAN, HENRY THOMAS
   SHERMAN, JACQUELINE

        Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

    Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 014 | Ecast Settlement Corp<br>P. O. Box 35480<br>Newark, NJ 07193-5480 | $211.38 |

    The check mailed at the above address on March 27, 2009 has been neither been returned by the Post Office or negotiated by the creditor.

    Dated this 25th day of June, 2009.

                                            /s/ Sherry F. Chancellor
                                            Sherry F. Chancellor, Trustee
                                            619 West Chase Street
                                            Pensacola, Florida 32502
                                            (850) 436-8445
                                            Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Ecast Settlement Corp, P. O. Box 35480, Newark, NJ 07193-5480 and Charles Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 25th day of June , 2009.

          /s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee